# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **CHRISTINE CARSEN,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Cause No: |
| | § | |
| **COREL INC.,** | § | |
| Defendants. | § | |

## DECLARATION OF JOSH SHUSTER

1. I am the current Global Tax Director at Corel Inc. ("Corel"). I have been at my current position since February 3, 2020.

2. As Tax Director, I am primarily responsible for, among other tasks, ensuring Corel's compliance with applicable tax statutes, including handling tax filings for Corel. In this role, my essential job functions include: (1) reviewing prior year tax returns and filings; (2) preparing and filing tax documents and returns; (2) writing tax reports; and (3) addressing any tax errors that arise.

3. Throughout my employment with Corel, I have been responsible for preparing and filing the Texas Franchise Tax Public Information Report with the Texas Comptroller's Office, including the Texas Franchise Tax Public Information Report submitted by Corel to the Texas Comptroller's Office in 2020.

4. On November 16, 2020, Corel submitted its Texas Franchise Tax Public Information Report to the Texas Comptroller ("2020 Texas Franchise Tax Public Information Report") identifying the location of Corel's principal place of business as 1600 Carling Ave, Ottawa, Ontario. A true and correct copy of the 2020 Texas Franchise Public Information Report submitted by Corel is attached as **Exhibit B-1**.

5. Corel has not yet submitted its 2021 Texas Franchise Tax Public Information Report. However, such filing will show that Corel's principal place of business remains at 1600 Carling Ave, Ottawa, Ontario.

6. Corel is incorporated in the state of Delaware.

My full name is Josh Shuster, my date of birth is February 16, 1977, and my work address is Corel Inc., 9225 Bee Cave Road Building A Suite 201, 78733.

    I declare under penalty of perjury that the foregoing is true and correct. Executed in Travis County, State of Texas, on the 22nd day of April, 2021.

Signed: _____
JOSH SHUSTER