IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| CHRISTINE CARSEN,<br>　　Plaintiff,<br><br>v.<br><br>COREL INC.,<br>　　Defendant. | §<br>§<br>§<br>§　Cause No: 1:21-CV-359-RP<br>§<br>§<br>§ |

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Parties to this lawsuit have filed a Joint Stipulation of Dismissal with Prejudice of all claims and causes of action that were or could have been asserted by Plaintiff against Defendant arising out of or in any way related to the matters raised in this lawsuit.

It is therefore ORDERED that pursuant to the Rule 41(a) Stipulation of Dismissal with Prejudice signed and filed by Plaintiff and Defendant, all of Plaintiff's claims in the above-referenced lawsuit that were or could have been asserted are hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to close this matter.

SIGNED this ___ day of _____, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE